UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LUCIOUS GORDON                                                           CIVIL ACTION

VERSUS                                                                         NO. 12-1884

WARDEN N. BURL CAIN                                              SECTION: "B"(1)

### ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Lucious Gordon** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 22nd day of July, 2013.

UNITED STATES DISTRICT JUDGE